UNITED STATES DISTRICT COURT
For the District of Columbia    Huvelle, 10

FILED
AUG 30 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# 24698016, 22-10

Chat LOWE, petitioner       Case No. 02-109

v. NEOCC
2240 Hubbard Road
Youngstown, Ohio 44505
United States of America

28 USC HABAUS CORPORUS
2255 motion

Come Now Plaintiff before this
honorable Court request
this unjust Matter
before the Court in Laymen terms.
The plaintiff ask the Court to
Consture this motion as a Illegal
Dentention or Imprisonment under
Title 28 USC Habaus Corporus, and
any and all Governing Laws of the

CASE NUMBER  1:05CV01731
JUDGE: Ellen Segal Huvelle
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 08/31/2005

RECEIVED
AUG 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT